IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIN HAULING, INC., *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-03328-JMG |
| | : | |
| JAMES T. CHRIN, *et al.*, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 24th day of March, 2023, upon consideration of Defendants' Motion for Partial Summary Judgment on Lanham Act Claims (ECF No. 29), Defendants' Motion for Summary Judgment (ECF No. 41), Plaintiffs' Motion for Partial Summary Judgment (ECF No. 42), and any replies or responses thereto, **IT IS HEREBY ORDERED** that the motions (ECF Nos. 29, 41, and 42) are **DENIED without prejudice**. The parties may refile their motions on or before May 8, 2023.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Since the filing of summary judgment motions in this case, the parties have requested several extensions of case deadlines so they may engage in settlement negotiations. In doing so the parties have promptly updated the Court regarding the progress of these negotiations. As the parties are working towards settlement of this matter, the Court will deny the pending motions for summary judgment (ECF Nos. 29, 41, and 42) without prejudice. Parties will be permitted to refile their motions on or before May 8, 2023.